Joseph E. Corrigan, Respondent, v. Bobbs-Merrill Company, Appellant, Impleaded, etc.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to

reduce verdict to $25,000; in which event, judgment as so modified and order affirmed, without costs. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Laughlin, J., dissented and voted for reversal on the ground that it was error to refuse defendant's 15th request to charge. Order to be settled on notice.

SAMUEL ELBERGER, Respondent, v. CASTLE WAIST AND GARMENT COMPANY, INC., Appellant.— Judgment and order reversed as against the weight of evidence and new trial ordered, costs to appellant to abide event. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.